# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# NORTHERN DIVISION

| | | |
|---|---|---|
| DONALD E. COOLEY, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 2:14CV23 CDP |
| GARY CAMPBELL, et al., | ) ) | |
| Defendants, | ) | |

## MEMORANDUM AND ORDER

This matter is before me on plaintiff's failure to comply with my order directing him to amend his complaint. On March 3, 2014, I found that the complaint did not comply with the Federal Rules of Civil Procedure, and I ordered plaintiff to submit an amended complaint no later than April 1, 2014. On March 31, 2014, plaintiff requested an extension of time to file the amended complaint. On April 9, 2014, I granted the motion in part and directed plaintiff to submit his amended complaint no later than June 3, 2014. Plaintiff has not yet submitted an amended complaint. As a result, I will dismiss this action under Rule 41(b) for failing to comply with my order and for failure to prosecute.

Accordingly,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without prejudice.

An Order of Dismissal will be filed separately.

Dated this 12th day of June, 2014.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE